**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER ORGANTINI                                    Chapter 13

                    Debtor              Bankruptcy No. 17-14938-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this __29th__ day of __November__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHARLES W. CAMPBELL
1 EAST AIRY STREET

NORRISTOWN, PA 19401-


Debtor:
CHRISTOPHER ORGANTINI

572 EAST MAIN STREET

NORRISTOWN, PA 19401